04-43
USDC/R.I.
Lisi, M.

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 04-2527

UNITED STATES OF AMERICA,

Appellee,

v.

EDGAR MEDINA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: October 25, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appellant's conviction is affirmed, his sentence is vacated, and the case is remanded to the district court for resentencing.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George Vaeta

Deputy Clerk

Date: 11/15/05

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Mary M. Lisi and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Dambruch, Mr. Lockhart, & Ms. Pourinski.]