AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Edgar Medina

APPEARANCE

CASE NUMBER: 1:04-43-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Edgar Medina

I certify that I am admitted to practice in this court.

3-2-06
*Date*

[signature]
*Signature*

Edward C. Roy, AFD — 3029
*Print Name* — *Bar Number*

10 Weybosset Street Suite 300
*Address*

Providence — RI — 02903
*City* — *State* — *Zip Code*

401-528-4281 — 401-528-4285
*Phone Number* — *Fax Number*

his form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.