UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO. 04-043ML |
| | : | |
| EDGAR MEDINA | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE RE-SENTENCING

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby states that it has no objection to defendant's Motion To Continue Re-Sentencing.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 21st day of March, 2006, I mailed a true copy of the Government's Response to Defendant's Motion To Continue Re-Sentencing to:

Edward C. Roy, Esq.
Assistant Federal Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903