FILED

MAR 20 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. NO. 04-043ML

EDGAR MEDINA :

## MOTION TO CONTINUE RE-SENTENCING

NOW COMES the defendant, Edgar Medina, and through counsel, hereby moves this Honorable Court to continue the within matter currently scheduled for re-sentencing on March 24, 2006 for an additional thirty (30) days. In support of this motion, defense counsel states the additional time is needed to investigate issues the defendant has recently presented to defense counsel. Further, the undersigned was appointed to handle this matter as recently as March 2, 2006. Mr. Medina had previously retained John M. Cicilline to represent him in this matter.

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281

Granted.
Mary M. Lisi
USDJ 3/21/06

## CERTIFICATION

I hereby certify that on this 20th day of March 2004, I hand-delivered a true copy of the within motion to Stephanie Browne, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.