UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. NO. 04-043ML

EDGAR MEDINA :

MOTION TO CONTINUE RE-SENTENCING

NOW COMES the defendant, Edgar Medina, and through counsel, hereby moves this Honorable Court to continue the within matter currently scheduled for re-sentencing on May 2, 2006 for an additional sixty (60) days. In support of this motion, defense counsel states the additional time is needed to receive and review records from the Rhode Island Training School as well as the Pawtucket School Department. In addition, defense counsel is considering hiring a psychiatrist in this case to review the records. The additional time is needed as we have not received the requested records as of the date of this motion.

Granted.
Mary M. Lisi
USDJ 4/21/06

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 19th day of April 2006, I hand-delivered a true copy of the within motion to Stephanie Browne, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.