UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. NO. 04-043ML

EDGAR MEDINA :

MOTION TO WITHDRAW

NOW COMES defense counsel, Edward C. Roy, and moves to withdraw his appearance for the defendant on the grounds that defendant and defense counsel have reached "breaking point" in the attorney/client relationship and it is no longer possible for defense counsel to represent the defendant.

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 15th day of May 2006, I hand-delivered a true copy of the within motion to Stephanie Browne, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, and mailed to Edgar Medina, c/o Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.