UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. NO. 04-043ML |
| EDGAR MEDINA | : | |

NOTICE OF APPEAL

NOW COMES the defendant, Edgar Medina, and hereby notices the appeal of his sentence imposed on July 25, 2006 to the United States Court of Appeals for the First Circuit.

KEVIN J. FITZGERALD
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 26th day of July 2006, I hand-delivered a true copy of the within notice to Stephanie Browne, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.