UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

July 26, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 04-043ML

CCA# 06-2142

USA v. Edgar Medina

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By: J. Duhamel
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. Original Transcripts (Doc. Nos. 51, 52 [3 vols], 53)**
**Statement of Reasons [sealed]; PSR [sealed]**