**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 04-043ML

EDGAR MEDINA

**RETURN RECEIPT FOR GOVERNMENT'S EXHIBITS**

**All government exhibits re: August, 2004 jury trial (see attached exhibits list) including Exhibit # 36: bag of marijuana (previously secured in courthouse vault)**

S/A Kevin McNamara ATF

Received by: [signature]

Date: 10/12/06

David A. DiMarzio
Clerk of Court

By: [signature]
Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

USA v. Edgar Medina

CASE NUMBER: CR04-043ML

| PRESIDING JUDGE | ~~PLAINTIFF'S~~ GOVT ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Stephen G. Dambruch | John M. Cicilline |
| TRIAL DATE(S) 8.11.04 | COURT REPORTER Karen Zinni | COURTROOM DEPUTY John Duhamel |

| ~~PLF.~~ GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| → | | witness 1 | | | FRANCISCO FURTADO – PROV. PATROLMAN |
| 1 | | 8.11.04 | | ✓ | photo of 114 Waverly St - front door |
| 2 | | " | | ✓ | photo of 114 Waverly St - bedroom |
| 4 | | " | | ✓ | photo of shoebox + bureau |
| 7 | | " | | ✓ | Notice of Court dates. |
| 8 | | " | | ✓ | Pink court receipt dated 1.26.04 |
| 9 | | " | | ✓ | Yellow court receipt dated 1.26.04 |
| 6 | | " | | ✓ | photo of second bureau |
| 3 | | " | | ✓ | photo of bed, shoebox, bureau |
| 5 | | " | | ✓ | photo of shoebox w. firearm |
| → | | witness 2 | | | GREGORY DE CASTRO – PROV. PATROLMAN |
| → | | witness 3 | | | SCOTT PARTRIDGE – PROV. POLICE Dept. |
| 15 | | 8.11.04 | | ✓ | Clear plastic bag |
| 12 | | " | | ✓ | " " " |
| 17 | | " | | ✓ | Box of Glad Sandwich bags |
| 11 | | " | | ✓ | "Brown" bag (re: heroin) |
| 13 | | " | | ✓ | Four bundles - blue glassine bags |
| 14 | | | | ✓ | Black plastic "apple" bags |
| 18 | | " | | ✓ | Razor blade |
| 19 | | " | | ✓ | Envelope addressed to Tammy Foster |
| 20 | | " | | ✓ | Torn letter / Torn envelope |
| 21 | | " | | ✓ | Probation notice of violation |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Edgar Medina

GOVT

CASE NUMBER: CR04-043ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 8-11-04 | | ✓ | notice of Court dates |
| 24 | | " | | ✓ | Tanita digital scale |
| 16 | | " | | ✓ | plastic bag (clear) |
| 10 | | " | | ✓ | photo of Shoebox & scale |
| 26 | | " | | ✓ | Evidence Exam. request + receipt |
| * 25 | | " | | ✓ | heat-sealed plastic bag (w. drugs) |
| 25A | | " | | ✓ | 300 blue glassine bags of heroin |
| 25B | | " | | ✓ | 16 sm. bags of cocaine (crack) |
| 25C | | " | | ✓ | 23 bags of marijuana |
| 25D | | " | | ✓ | one bag of cocaine (loose crack) |
| 8-12-04 | | | | | Examination of W-3 (Partridge) continues |
| | | witness 4 | | | SANDRA KITTEL - PROV. POLICE DEPT |
| 23 | | 8-12-04 | | ✓ | NIKE shoe box |
| * 29 | | " | | ✓ | firearm: 9MM semi-automatic |
| 30 | | " | | ✓ | magazine (to weapon) |
| 31 | | " | | ✓ | 10 rounds of 9MM ammunition |
| 32 | | " | | ✓ | test fire round (casing) |
| | | witness 5 | | | MICHAEL LIBERTO (forensic chemist) |
| 27 | | 8-12-04 | | ✓ | Forensic report dated 2/18/04 |
| 28 | | " | | ✓ | Drug chemistry report dated 3/10/04 |
| | | witness 6 | | | PATRICIA CORNELL - PROV. POLICE DEPT |
| 48 | | 8-12-04 | | ✓ | portion of blue glassine packet |
| 50 | | " | | ✓ | Close-up photo of glassine packet |
| 35 | | " | | ✓ | Card of Δ's inked fingerprints |
| 51 | | " | | ✓ | Charts - latent finger prints |
| 41 | | | | ✓ | portion of blue glassine packet #2 |

* drugs + gun

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Edgar Medina

CASE NUMBER: CR04-043ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 42 | | 8-17-04 | | ✓ | Photo: blue glassine packet #2 |
| 43 | | " | | ✓ | photo: Closeup of glassine packet #2 |
| 45 | | " | | ✓ | portion of glassine packet #16 |
| 46 | | " | | ✓ | Photo: Closeup of glassine packet #6 |
| * 36 | | " | | ✓ | Bag of marijuana |
| 37 | | " | | ✓ | photo of bag of marijuana |
| 38 | | " | | ✓ | Close up photo of bag of marijuana |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* drugs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 04-043ML

EDGAR MEDINA

**RETURN RECEIPT FOR EXHIBITS**

**Government Exhibit # 25 : Heat-sealed bag from state laboratory containing individual packages of:**

**#25A: 300 packets of heroin**

**#25B: 16 bags of crack cocaine**

**#25C: 23 bags of marijuana**

**#25D: one bag of loose crack cocaine**

**Government Exhibit # 29: Leinad/TMJ M-11, 9mm semi-auomatic handgun, serial# 94-0001698**

**Government Exhibit # 30: Magazine**

**Government Exhibit #31: 10 rounds of 9mm ammunition**

ATF S/A Kevin McNamara

Received by: [signature]

Date: 8/13/04

David A. DiMarzio
Clerk of Court

By: [signature]
Deputy Clerk