UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0043ML |
| | ) | |
| EDGAR MEDINA | ) | |

MOTION TO PRESERVE EVIDENCE

Now comes Edgar Medina, the Defendant in the above captioned matter, and moves this Honorable Court to order the City of Providence and the Providence Police Department to preserve the recording of the 911 call which precipitated the incident resulting in the charges in the indictment in this case. Mr. Medina submits then attached memorandum in support of the motion.

Respectfully submitted
Edgar Medina
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on January 16, 2006.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0043ML |
| | ) | |
| EDGAR MEDINA | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO PRESERVE

Mr. Medina has moved this Court to order the preservation of a recorded 911 phone call. The incident charged in this case began with a phone call to authorities by Iyonna Washington at approximately 11:44 AM, February 7, 2004. This call may have been made from 401-743-6807. Providence Police Offense Report #1-04-014667, attached, details this information.

Mr. Medina asks the Court for this order to protect potential evidence for his prospective post-conviction claim under 28 U.S.C. § 2255. Mr. Medina's case is currently on appeal to the First Circuit Court of Appeals and therefore he has not yet filed for any post-conviction relief. The City of Providence, however, only retains recordings of 911 calls for 3 years. This recording would therefore be set for destruction on, or about, February 6, 2007. This order is necessary to ensure the recording is available when Mr. Medina's appeals are complete.

Respectfully submitted
Edgar Medina
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on January 16, 2006.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 04-043ML |
| | ) | |
| EDGAR MEDINA | ) | |

---

**ORDER**

This matter came before this Court by written Motion of the Defendant. After due consideration thereon, it is hereby

**ORDERED**

That the City of Providence and the Providence Police Department preserve the recording of the 911 call which precipitated the incident resulting in the charges in the indictment in this case.

SO ORDERED:

__________________________________
Mary Lisi
Chief Judge
District of Rhode Island

__________________________________
ENTERED