Case No. . . . : 1-04-014667
Occur From Date: 2/07/04 11:44 Occur To Date : 2/07/04 11:44
Day Of Week . : Saturday Report Date . : 2/07/04 11:44
Call Class . . : Weapons Violations Case Status . : Cleared by Arrest
Common Name . : WAVERLY STREET, 114 WAVERLY ST
Location Type : Residence/Home
City . . . . . : PROVIDENCE, RI
Map Reference : 44 Post of Occur. : 44
District . . . : 4 Report Officer : FURTADO, FRANCISCO
Supervisory Ofc: DEANGELIS, GUY Entry Date . . : REISS, MARIE 2/07/04

********************* O F F E N S E R E P O R T # 1 ********************
Classification : Weapon Law Violations Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Highway/Road/Alley
Weapon Type . : (I) Handgun Automatic Crim Activity : Possessing/Concealing
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 2/07/04 Arrest Case No.: 1-04-014667

********************* O F F E N S E R E P O R T # 2 ********************
Classification : Drug/Narcotic Violations
Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Residence/Home
Crim Activity : Possessing/Concealing
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 2/07/04 Arrest Case No.: 1-04-014667

********************* O F F E N S E R E P O R T # 3 ********************
Classification : Destruction/Damage/Vandalism of Pro
Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Highway/Road/Alley
Crim Activity : None/Unknown
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 2/07/04 Arrest Case No.: 1-04-014667

********* P R O P E R T Y I N F O R M A T I O N # 1 ********************
Description . : HEROIN UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***

Drug Activity : Distributing/Selling Drug Type . . : Heroin
Drug Quantity : 59.400 Drug Units . . : Gram
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 52.600 Drug Units . . : Gram
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 57.300 Drug Units . . : Gram
Drug Activity : Distributing/Selling Drug Type . . : Marijuana
Drug Quantity : 33.900 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 2 ********************
Description . : HANDGUN UCR Prop Type : Firearms
Property type : Weapon Category . . . : Seized
Make . . . . . : LEINAD
Serial number : SEMI AUTOMATIC/94-0001698

Case No. . . . : 1-04-014667 (Continued)

********* P R O P E R T Y I N F O R M A T I O N # 3 *********************
Description . : CASH UCR Prop Type : Money
Property type : Currency/Negotiable Category . . . : Seized
Value . . . . : 780.00

********* P R O P E R T Y I N F O R M A T I O N # 4 *********************
Description . : ASSORTED CLOTHING UCR Prop Type : Clothes / Furs
Property type : Clothing/Fur Category . . . : Seized

********* P R O P E R T Y I N F O R M A T I O N # 5 *********************
Description . : TWO NEXTEL PHONES UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 6 *********************
Description . : PERSONAL PAPERWORK UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 7 *********************
Description . : BAGGING MATERIAL UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* V E H I C L E I N F O R M A T I O N # 1 *********************
Registration No: MF723 RI Reg. Type . . : Passenger
Year . . . . . . : 1995 Make . . . . . . : PONTIAC
Model . . . . . : GRAND PRIX Model Name . . : GRAND PRIX
Color . . . . . : GREEN VIN . . . . . . : 1G2WJ52M3SS309017
Vehicle type . : Automobiles Summ Veh Type : Auto
Category . . . . : Destroyed/Damaged/Vandalized
Stolen/Dam. Val: 300

************** S U S P E C T / A R R E S T E E I N F O R M A T I O N - # 1 **
Name . . . . . . : MEDINA, EDGAR Birth Date . . : 11/22/1984 19
Maximum Age . : 19 Birth City . . : PROVIDENCE, RI
Birth Country : United States of America
Race . . . . . . : White Sex . . . . . . : Male
Ethnic Origin : Hispanic Origin
Street Number : 786 RIVER AV
City . . . . . . : PROVIDENCE, RI
Minimum Height : 510 Maximum Height : 510
Minimum Weight : 205 Maximum Weight : 210
Residency . . . : Resident of Providence Hair Color . . : Black
Eye Color . . . : Brown

************** V I C T I M I N F O R M A T I O N - # 1 *******************
Name . . . . . . : WASHINGTON, IYONNNA Birth Date . . : 11/20/1981 22
Race . . . . . . : Black Sex . . . . . . : Female
Ethnic Origin : Not of Hispanic Origin
Street Number : 33 HILLWOOD ST

Case No. . . . : 1-04-014667 (Continued)
City . . . . . : CRANSTON, RI
Home Phone No. : 401/743-6807 Business Phone : 401/000-0000
Other Phone Nbr: 401/000-0000
Residency Statu: Non-resident of Providence

************** V I C T I M I N F O R M A T I O N - # 2 ********************
Business Name : SOCIETY
City . . . . . : PROVIDENCE, RI
Phone Number . : 401/000-0000 Fax Number . . : 401/000-0000

********* O T H E R P E R S O N I N F O R M A T I O N - # 1 *********
Name . . . . . : FOSTER, TAMMY Birth Date . . : 5/19/1975 28
Race . . . . . : Black Sex . . . . . . : Female
Ethnic Origin : Not of Hispanic Origin
Street Number : 114 WAVERLY ST 2
City . . . . . : PROVIDENCE, RI
Home Phone No. : 401/000-0401 Business Phone : 401/000-0000
Other Phone Nbr: 401/000-0000 Person Type . : Other Person

********* O T H E R P E R S O N I N F O R M A T I O N - # 2 *********
Name . . . . . : PETERSON, ERIC Birth Date . . : 6/24/1987 16
Race . . . . . : Black Sex . . . . . . : Male
Ethnic Origin : Not of Hispanic Origin
Street Number : 786 RIVER AVE
City . . . . . : PROVIDENCE, RI
Residency Type : Resident of Providence

***************************** N A R R A T I V E # 1 ****************************
Original Report Reported By: FURTADO, FRANCISCO J. 2/07/04
Entered By.: REISS, MARIE 2/07/04

On the above date/time police responded to 114 Waverly St. for a report of a man with a gun. Police were also informed by the complainant, Iyonna Washington, that Edgar Medina smashed her vehicle's front windshield with a silver handgun. Car 141 Patrolman R. Quinn arrived on scene along with Car 144 Patrolman Furtado. Ms. Washington approached police and stated that Medina had run inside the house to the 2nd floor. At this point, Tammy Foster, came to the front door of 114 Waverly St. and stated to police that Edgar Medina was not in the house and that Ms. Washington was harassing her. Police asked Ms. Foster if they could check the house for Edgar Medina. Ms. Foster stated again that he was not in the house and she did not want her children traumatized by the police entering the house. Police asked her again if they could check again, she then agreed. Police then walked up to the 2nd floor and found the door locked. Ms. Foster knocked on the door and short time later Edgar Medina opened the door. Medina stated that Ms. Washington was harassing him. Police then ordered Medina to put his hands on the wall to which he complied. Medina kept putting his hands down and turning towards police. He was warned and then did it again. At this time, police placed Medina in handcuffs for officer's safety. Medina was then placed in the rear of a police cruiser. Police asked

Case No. . . . : 1-04-014667 (Continued)

Ms. Foster if they could search the house for a weapon to which she stated, "go ahead, search the house, he doesn't live here, there is no guns inside this house". Police at this time entered Ms. Foster's bedroom. Police searched a bureau and found court papers for Medina and numerous articles of male clothing. Police then searched underneath the bed and found a Nike sneaker box. Police opened the box and observed a black handgun with a clip inside the gun along with suspected heroin and cocaine and other narcotic paraphernalia. Det. Kittel seized the gun, Det. Patridge seized the suspected drugs along with the paraphernalia. Police also found in a top left hand drawer $780.00 in cash which was seized by Patrolman Furtado. Patrolman Furtado also seized assorted men's clothing and court papers belonging to Medina. Det. Kittel took pictures of the damaged vehicle and photos of the bedroom that was searched.

It should be noted that Eric Peterson, dob 6/24/87 was found at the house and also found to be a runaway. He was transported to Travelers Aid. Ms. Foster's three minor children were turned over to their father, Sheldon Williams.

Medina was transported to central station where he was charged by patrol for the Malicious Damage/Domestic and the Weapons Law Violation. He was also turned over to NFOC for investigation. He was negative ncic/local.

***************************** N A R R A T I V E # 2 *****************************

NFOC SUPP Reported By: PARTRIDGE, SCOTT A. 2/07/04
Entered By.: PARTRIDGE, SCOTT A. 2/07/04

On 02/07/04, Det. Partridge responded to 114 Waverly St. 2nd floor to assist the Patrol Bureau. Upon arrival, Sgt. Harris advised Det. Partridge of suspected narcotics and a firearm in a bedroom. At this time, Det. Partridge observed a Nike shoe box containing suspected cocaine, heroin (in a grey box), and marijuana, along with a black firearm. BCI responded and seized the firearm, and Det. Partridge seized the suspected narcotics to be preserved for prints. Det. Partridge also seized paperwork and bagging material from the shoe box. On the dresser, Det. Partridge seized one Nextel cell phone, and a black Tanita digital scale. Upon arrival at C/S, Det. Partridge performed a Scott Reagent field test on a portion of the suspected cocaine. This test proved positive and the remainder was sent to state toxicology for further analysis. Det. Partridge also performed a Marquis Reagent test on a portion of the suspected Heroin, and a Duqenois Levine field test on a portion of the suspected Marijuana. Both of these test returned for positive results respectfully, and were forwarded to state toxicology for further analysis. The bagging material, digital scale, shoe box, grey box, and respective bags for the suspected narcotics were forwarded to Det. Cornell of BCI for prints.

Det. Partridge also read Tammy Foster 05/19/75 her Constitutional Rights on scene. Foster was also transported to C/S for questioning. In the presence of Lt. Verdi, Det. Partridge again read Foster her Constitutional Rights which Foster signed a rights form.