UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO. 04-043ML |
| | : | |
| EDGAR MEDINA | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO PRESERVE EVIDENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby states that it has no objection to defendant's Motion To Preserve Evidence.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Place, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001
stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the ___ day of January, 2007, I caused the within Government's Response to Defendant's Motion To Preserve Evidence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via ordinary mail and postage prepaid to:

Kevin J. Fitzgerald, Esq.
Assistant Federal Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
stephanie.browne@usdoj.gov