UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

March 15, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CR 04-043ML
USA v. Edgar Medina

**CCA#: 06-2142**

Dear Clerk of Court:

Enclosed herewith per your request to supplement the record you will find the following, in addition to a certified copy of the docket entries in this matter:

1. Defendant's Sentencing Memorandum
2. Government's Response to Defendant's Sentencing Memorandum
3. Defendant's Objection to the PSR
4. Government's Response to Defendant's Objection to the PSR

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:____________________
John Duhamel
DEPUTY CLERK