04-00043
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 06-2142

UNITED STATES OF AMERICA,

Appellee,

v.

EDGAR MEDINA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: March 28, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See 1st Cir. Loc. R. 27.0(c).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

kt
**Deputy Clerk**

**Date:** 4/18/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: ______________________________
Margaret Carter, Chief Deputy Clerk

[cc: Kevin J. Fitzgerald, AFPD, Donald C. Lockhart, AUSA, Stephanie S. Browne, AUSA, Robert Clark Corrente, USA]