**United States District Court**
**District of Rhode Island**

Edgar Medina,

vs. Case No. 04-043ML

United States of America.

**Motion For An Extension of Time To Reply to Government's Response Pursuant To 28 U.S.C. § 2255**

Now comes the defendant, pro se, and petitions this court to grant an extension of time in which to reply to government's response to petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

Petitioner respectfully requests an extension of time to thoroughly reply to all arguments raised in government's response. As this court is aware, petitioner is a prisoner pro se on this matter and has limited access to the institution's law library. Furthermore, the institution where petitioner is currently being housed is frequently subject to lock downs. In addition, petitioner has not yet received a copy of the answer from the government.

For the reasons stated above, the petitioner requests that this court grant a one month extension from this day, March 27, 2008, up until April 27, 2008.

Respectfully submitted,

Edgar Medina

[signature]

## CERTIFICATE OF SERVICE

I hereby, caused a copy to the United States Attorney's Office 50 Kennedy Plaza, 8th Floor Providence, Rhode Island 02903 on March 27, 2008.