United States District Court
1 Exchange Terrace
Providence, RI 02909

RECEIVED
JUN 24 2008
Property of U.S. District Court
District of Rhode Island

Edgar Medina
P.O. Box 2068
Inez, KY 41224

Re: United States v. Edgar Medina, Case No: 04-043ML

On January 18, 2008 I filed a motion to Vacate, Set Aside, or Correct Sentence in this court. In that motion I argued six (6) arguments; all having to do with ineffective assistance of counsel. Just recently I was informed that Mr. Cicilline (the lawyer that I am filing against) has plead guilty to charges in the District of Massachusetts. (At the time that I submitted the motion Mr. Cicilline's case was not yet adjudicated.) I send the documents enclosed with this letter as Exhibits to be affixed to my motion to vacate. I have served a copy on the prosecutor concerning this matter.

Sincerely yours,

Edgar Medina

Edgar Medina

## CERTIFICATE OF SERVICE

On this day June 19, 2008 I served a copy of the foregoing on the prosecutors' office 50 Kennedy Plaza Providence Rhode Island 02909 via United States Postal Service.

**Archives**

**Document**

**Other Formats:** Full Text

**Mayor's brother, ex-lawyer plead to shakedown scheme**

The Providence Journal - Providence, R.I.
Author: W Zachary Malinowski
Date: Jun 7, 2008
Start Page: A.1
Section: Local News
Text Word Count: 906

**Document Text**

John N. Cicilline and Joseph A. Bevilacqua Jr. say they conspired to take $150,000 from a couple facing drug charges.

Two prominent Rhode Islanders, including the older brother of Providence Mayor David N. Cicilline, pleaded guilty yesterday in Boston to federal charges that they conspired to shake down a drug-dealing couple for $150,000 and manipulate the criminal-justice system.

John N. Cicilline, a well-known criminal-defense lawyer, and Joseph A. Bevilacqua Jr., now a disbarred defense lawyer and son of the late Rhode Island Supreme Court Justice Joseph A. Bevilacqua, each admitted in U.S. District Court that they were guilty of conspiracy.

Cicilline, 51, of Cranston, also entered guilty pleas to obstruction of justice and two counts of making false statements to federal authorities.

David Cicilline and members of his extended family attended yesterday's hearing before Judge Nathaniel M. Gorton.

A third person who was involved in the scheme, Lisa Torres, 41, of Cranston, a former legal assistant for the lawyers, pleaded guilty to three counts -- conspiracy, obstruction of justice and making false statements.

U.S. Attorney Michael J. Sullivan and June W. Stansbury, special agent in charge of the Drug Enforcement Administration's New England field division, did not mince words in announcing the convictions.

"Today's guilty pleas should make it clear that justice is not for sale," said Sullivan. "It is especially troubling that these allegations involve attorneys who are expected to hold to the highest ethical standards and conduct themselves with honesty and integrity."

Stansbury, whose office spearheaded the investigation that led to the indictment of the lawyers early last year, added: "These attorneys who tried to obstruct justice now face justice. It's ironic that men who swore to uphold the law, who proudly had the title of barrister, trade that for the title of convict."

The plea agreement calls for Cicilline to serve 18 months in prison, while Bevilacqua, 59, of West Warwick, has agreed to spend 21 months in prison. They also have agreed to surrender their licenses to practice law.

Torres has agreed to serve 18 months in prison. Additionally, Cicilline must pay restitution and fines of $19,000, while Torres must pay a $3,000 fine. They are scheduled to be sentenced on Sept. 11.

William D. Weinreb, an assistant U.S. Attorney who prosecuted the case, said the plea agreements do not call for the three felons to cooperate with the government.

A fourth defendant, Juan A. Giraldo, is expected to be brought back to court in the coming weeks to face similar charges. He is serving a six-year federal prison sentence in Youngstown, Ohio, for cocaine trafficking. Giraldo worked as an interpreter and paralegal for Cicilline and Bevilacqua.

Prosecutors said yesterday that they do not know whether Giraldo will plead guilty or face trial.

IT HAS BEEN a tough few years for Bevilacqua.

In 2005, he was sentenced to 18 months in prison for leaking an FBI videotape to a television newsman and then lying about it under oath. The tape was key evidence in Operation Plunder Dome, the federal corruption case that sent former Providence Mayor Vincent A. Cianci Jr. to prison for more than four years.

The criminal case against Cicilline, Bevilacqua, Torres and Giraldo dates to the summer of 2002 with a drug bust outside a Motel 6 in Warwick. Federal agents and local police seized more than $1.3 million in cash and nearly five pounds of marijuana from John C.

Mendonca and his wife, Jacqueline. They were arrested and they provided home addresses in Warwick and Fall River.

Once they were indicted in Boston, they hired Cicilline and Bevilacqua as lawyers. In November 2002, Bevilacqua met John Mendonca at the Plymouth County House of Corrections and, according to the indictment, "told him that for a payment of several hundred dollars, he ... could keep John Mendonca out of jail."

A month later, Bevilacqua and Giraldo met with Mendonca again and told him that in return for an "up-front" payment of $100,000, they would give the authorities information that could lead to "a large drug bust," information that they could attribute to the Mendoncas with the aim of getting them a lighter sentence.

When Bevilacqua and Giraldo failed to provide the information that the Mendoncas had paid for, Cicilline told the couple that for an additional $50,000 he would make sure that Bevilacqua and Giraldo made good on their promise.

Cicilline then enlisted Torres to provide third-party information and cooperation that the couple could falsely pass off and get credit for it as their own information.

They later lied to federal investigators about the arrangement.

Despite the turmoil and criminal indictment, Cicilline continued to practice law in Rhode Island. He was regularly seen hustling with a briefcase to and from court. Lawyers would marvel at his refusal to buckle under the pressure of the criminal charges, while others wondered why anyone would hire a lawyer who might be headed to prison.

Weinreb, the federal prosecutor, said David Cicilline was never implicated in the scheme, and had the case gone to trial, he would not have been called as a witness.

Cicilline issued a statement after his brother entered his guilty plea: "Right now, my focus is on family. This is a very difficult time for my family, especially my three nieces and my parents, and I need to be there for them."

Cicilline

Bevilacqua

bmalinow@projo.com / (401) 277-7019

Credit: W Zachary Malinowski, Journal Staff Writer

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Abstract** (Document Summary)

John N. Cicilline, a well-known criminal-defense lawyer, and Joseph A. Bevilacqua Jr., now a disbarred defense lawyer and son of the late Rhode Island Supreme Court Justice Joseph A. Bevilacqua, each admitted in U.S. District Court that they were guilty of conspiracy. U.S. Attorney Michael J. Sullivan and June W. Stansbury, special agent in charge of the Drug Enforcement Administration's New England field division, did not mince words in announcing the convictions.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Other Formats:** Full Text

**Most Viewed Articles** (Updated Daily)

**Logged in as:** Henry Peterson

© 2007 The Providence Journal Company